UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

KIRKPATRICK DUNBAR,

       Plaintiff,       *Civil Action No.*

 -against-            1:22-cv-10255-PAE-VF

NEXUS BDS, INC. d/b/a SUBWAY AND
SOL GOLDMAN INVESTMENTS, LLC,

       Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

 PLEASE TAKE NOTICE that Plaintiff, **KIRKPATRICK DUNBAR** and Defendants, **NEXUS BDS, INC. d/b/a SUBWAY AND SOL GOLDMAN INVESTMENTS, LLC,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

 Dated: April 17, 2023

                   By: _____
                     Bradly G. Marks
                     The Marks Law Firm, PC
                     155 E 55th Street, Suite 4H
                     New York, NY 10022
                     T:(646) 770-3775